FILED
CLERK, U.S. DISTRICT COURT

January 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HEIKALI,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-06671-SB (SKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice.

Dated: January 5, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1